UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                   CASE NO. 06-30773-PNS3
                                         CHAPTER 13
CARLTON N. ABNEY
INGRAM A. ABNEY

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ELITE RECOVERY SERVICES, INC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 379803 in the amount of 80.68 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

<pre>
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
</pre>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

<pre>
CARLTON N. ABNEY            ELITE RECOVERY SERVICES, INC.
INGRAM A. ABNEY             255 GREAT ARROW AVE, STE 15
9170 WOODRUN ROAD           BUFFALO, NY 14207
PENSACOLA,  FL  32514

AND

MARK LEE SMITH, ESQUIRE
224 E. GARDEN ST. #3
PENSACOLA, FL 32501
</pre>

on the same date as reflected on the Court's docket as the electronic filing date for this document.

<pre>
                                  /s/Leigh D. Hart or
                                  /s/William J. Miller, Jr.
10/30/2009 11:57 am / CR_213         OFFICE OF CHAPTER 13 TRUSTEE
</pre>