UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                             CASE NO. 06-30773-PNS3
                                                            CHAPTER 13
CARLTON N. ABNEY
INGRAM A. ABNEY

        Debtor(s)
_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

    1.  The Trustee has issued check(s) FOR: ELITE RECOVERY SERVICES, INC. which remains outstanding and uncleared.

    2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

    3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 395559 in the amount of $13.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>    /s/Leigh D. Hart or
>    /s/William J. Miller, Jr.
>       OFFICE OF THE CHAPTER 13 TRUSTEE
>       POST OFFICE BOX 646
>       TALLAHASSEE, FL 32302
>       ldhecf@earthlink.net
>       (850) 681-2734 "Telephone"
>       (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| CARLTON N. ABNEY | ELITE RECOVERY SERVICES, INC. |
| INGRAM A. ABNEY | 255 GREAT ARROW AVE, STE 15 |
| 9170 WOODRUN ROAD | BUFFALO, NY 14207 |
| PENSACOLA, FL 32514 | |

AND

MARK LEE SMITH, ESQUIRE
224 E. GARDEN ST. #3
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>    /s/Leigh D. Hart or
>    /s/William J. Miller, Jr.
>       OFFICE OF CHAPTER 13 TRUSTEE

7/16/2010  9:02 am / CR_213